UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LISA MARIE KANIA,

    Defendants.
_____/

Case No. 2:14-cr-09-02

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 26, 2014, for arraignment on an indictment charging two counts of possession and distribution of a listed chemical knowing it would be used to manufacture methamphetamine. The court indicated that pretrial services had requested temporary detention of the defendant until such time as it was able to obtain information necessary for its consideration in recommending possible conditions of release. Accordingly, defendant will be detained pending further proceedings.

    IT IS SO ORDERED.

Date: March 27, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge