UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LISA MARIE KANIA,

    Defendants.
_____/

Case No. 2:14-cr-09-02

HON. ROBERT HOLMES BELL

### ORDER OF DETENTION

In accordance with the hearing conducted before the undersigned on July 16, 2014, relative to the government's motion for revocation of order of release (docket #86), IT IS HEREBY ORDERED that the government's motion is GRANTED. The order setting conditions of defendant's release is revoked and the defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

Date:  July 22, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge