UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LISA MARIE KANIA,

    Defendant.

_____/

Case No. 2:14-cr-09-02

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

In accordance with defendant's initial appearance conducted before the undersigned on January 23, 2015, relative to the Petition for Warrant or Summons for Offender Under Supervision (docket #192), filed on January 9, 2015, IT IS HEREBY ORDERED that the defendant shall be detained pending further probation revocation proceedings.

IT IS SO ORDERED.

Date:  January 23, 2015

    /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge